[No. 14209. *En Banc.* November 22, 1918.]

THE STATE OF WASHINGTON, *Appellant*, v. POSTAL TELEGRAPH-CABLE COMPANY, *Respondent.*[1]

Appeal from a judgment of the superior court for King county, Mackintosh, J., entered November 25, 1916, in favor of the defendant, dismissing on the pleadings an action to recover premiums due under the provisions of the industrial insurance act. Reversed in part, and affirmed in part.

*The Attorney General (John H. Dunbar,* of counsel), for appellant.

*O. L. Willett (W. W. Cook,* of counsel), for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adheres to the opinion heretofore filed herein as reported in 101 Wash. 630, 172 Pac. 902, and for the reasons there stated, the judgment is reversed.

---

[No. 14059. *En Banc.* November 22, 1918.]

G. W. LARUE et al., *Respondents,* v. FARMERS & MECHANICS BANK, *Appellant.*[2]

Appeal from a judgment of the superior court for Spokane county, Girand, J., entered December 11, 1916, upon findings in favor of the plaintiffs, in an action on contract, tried to the court. Reversed.

*Hurn & Hurn* and *J. Webster Hancox,* for appellant.

*McCroskey & Stotler* and *John Pattison,* for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* a majority of the court adheres to the opinion heretofore filed herein as reported in 102 Wash. 434, 172 Pac. 1146, and for the reasons there stated, the judgment is reversed.

[1]Reported in 176 Pac. 346.
[2]Reported in 176 Pac. 331.